Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Martha I. Martinez-Martinez

FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2016
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA I. MARTINEZ-MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 5:15-cv-02574-E<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2750 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: 9/26/16

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF Lawrence D. Rohlfing |
| 3 | /s/ *Brian C. Shapiro* |
| 4 | Brian C. Shapiro<br>Attorney for plaintiff Martha I. Martinez-Martinez |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |